## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### OFFICE OF THE CLERK

**JESSICA J. LYUBLANOVITS**
CLERK OF COURT
ONE NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502-5658
850.435.8440
850.433.5972 FAX

**RICHARD MILDENBERGER**
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

*Visit our web site at www.flnd.uscourts.gov*

Reply to: Panama City Division

October 18, 2016

Clerk, U.S. District Court
Clement F. Haynsworth Federal Building
& U. S. Courthouse
300 East Washington Street
Greenville, South Carolina 29601

    Re: USA v. JURRELL KEITH THOMPSON
        ND/FL Case Number:   5:16mj81/EMT
        D/SC   Case Number:   7:10CR00259-001

Dear Clerk,

    Enclosed you will find the certified copies of the paperwork from the Initial Appearance/ Removal Hearing of JURRELL KEITH THOMPSON.

    Please indicate receipt on the enclosed copy of this letter and return. Thank you.

        Sincerely,

        JESSICA J. LYUBLANOVITS, CLERK OF COURT

        *s/ Kristin G. Cowdell*
        Deputy Clerk: Kristin G. Cowdell
        Panama City Division
        30 W. Government Street
        Panama City, FL 32401

**RECEIVED:**

**DATE:**_____

**BY:**_____

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

| Gainesville Division | Pensacola Division | Tallahassee Division | Panama City Division |
|---|---|---|---|
| 401 SE 1st Avenue, STE 243 | 1 N. Palafox Street | 111 N. Adams Street | 30 W. Government Street |
| Gainesville, Florida 32601 | Pensacola, Florida 32502-5658 | Tallahassee, Florida 32301-7717 | Panama City, Florida 32401 |
| 352.380.2400 | 850.435.8440 | 850.521.3501 | 850.769.4556 |
| 352.380.2424 FAX | 850.433.5972 FAX | 850.521.3656 FAX | 850.769.7528 FAX |